# ORIGINAL

tomasaneelyinf

LEONARDO M. RAPADAS
United States Attorney
JENNIFER SANCHEZ
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

**FILED**
DISTRICT COURT OF GUAM

OCT 20 2006

MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06 - 00 0 26 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **RECKLESS DRIVING** |
| TOMASA F. NEELY, | ) [16 G.C.A. § 9107 and |
| Defendant. | ) 18 U.S.C. § 7(3) & (13)] |

THE UNITED STATES ATTORNEY CHARGES:

On May 5, 2006, in the District of Guam, the defendant, TOMASA F. NEELY, at Andersen Air Force Base, Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did willfully operate her motor vehicle with wanton disregard for the safety of persons or property thereon, in violation of 16 Guam Code Annotated, Section 9107, and Title 18, United States Code, Sections 7(3) and 13.

DATED this 20 day of October, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____

JENNIFER SANCHEZ
Special Assistant U.S. Attorney