# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06 - 00026**
Same Defendant ___X___        New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___  No _X_    Matter to be sealed: ___ Yes _X_ No

Defendant Name    _Tomasa F. Neely_

Alias Name        _____

Address           _____

                  _Agat, Guam_

Birthdate xx/xx/1958  SS# xxx-xx-0050  Sex _F_  Race _____  Nationality _____

**U.S. Attorney Information:**

SAUSA _Jennifer Sanchez_

Interpreter: _X_ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED OCT 2 0 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty  _X_ Misdemeanor  ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 7(3) & 13  16 GCA 9107 | Reckless Driving | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _10/20/04_    Signature of AUSA: _[signature]_