# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00026                    DATE: October 26, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:23:06 - 10:39:10
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Tomasa F. Neely                  Attorney: Richard Arens
☒ Present ☐ Custody ☐ Bond ☒ P.R.           ☒ Present ☐ Retained ☒ FPD ☐ CJA
U.S. Attorney: Jennifer Sanchez             U.S. Agent:
U.S. Probation: Carleen Borja               U.S. Marshal: None Present
Interpreter:                                Language:

**PROCEEDINGS: Initial Appearance re Information and Plea**
- Defendant sworn and examined.
- Defendant advised of her rights, charges and penalties.
- Plea entered: Guilty
- Plea: Accepted.
- Defense moved for an expedited sentencing. Government had no objections.
- The Court granted the motion and set Sentencing for: December 12, 2006 at 10:00 a.m.
- Presentence Report due: November 27, 2006
- Responses to the Presentence Report due: December 4, 2006
- Defendant released on the same conditions previously imposed in MJ-06-00013.

NOTES:

Pen and ink changes made in the plea agreement. Parties had no objections to the changes.