**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

| | |
|---|---|
| CASE NO.: MJ-06-00026-001 | DATE: December 12, 2006 |

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present    Court Reporter: None Present
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 10:20:33 - 10:36:16
CSO: J. Lizama

**APPEARANCES:**
Defendant: Tomasa F. Neely    Attorney: Richard Arens
☑Present ☐Custody ☐Bond ☑P.R.    ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Kristen St. Peter    U.S. Agent:
U.S. Probation: Maria Cruz    U.S. Marshal: None Present
Interpreter:    Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>seven days, suspended, with credit for time served.</u>
- Defendant placed on probation for a term of <u>one year</u>, with conditions (refer to Judgment for conditions of supervised release).
- Defendant ordered to pay a fine in the amount of $100.00.
- Defendant ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant released.

NOTES: