# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

USA,

              Plaintiff,

      vs.                                          Case No. 1:06-mj-00026

Tomasa F. Neely,

              Defendant.

# NOTICE OF ENTRY OF ORDER

   **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Judgment in a Criminal Case filed December 14,2006*
*(Redacted and Unredacted Versions)*
*Date of Entry: December 15, 2006*

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** December 15, 2006                    Clerk of Court
                                               **/s/ Mary L.M. Moran**