PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

FROM: John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM
JAN - 5 2007
MARY L.M. MORAN
CLERK OF COURT

[ ] **Original Notice**

[X] **Notice of Disposition**

Date: **August 22, 2006**

By: **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

Date: **December 12, 2006**

By: **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

---

Defendant: **NEELY, Tomasa Frangko**

Date of Birth: **XX-XX-1958**

SSN: **XXX-XX-0050**

Case Number: **USDC MJ Cs. No. 06-00026-001**

Place of Birth: **Chuuk - Federated States of Micronesia**

---

**NOTICE OF COURT ORDER** (Order Date: **August 22, 2006** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

---

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
 □ Not Convicted - Document returned to defendant.
 □ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
 □ Convicted - Document and copy of Judgment enclosed.
Defendant or Representative

**ORIGINAL**