PROB 12A
(7/93)

# United States District Court

for

District of Guam

FILED
DISTRICT COURT OF GUAM
JAN 1 8 2007
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

Name of Offender: Tomasa F. Neely   Case Number: **MJ 06-00026-001**

Name of Sentencing Judicial   Honorable Joaquin V.E. Manibusan, Jr.

Date of Original Sentence:   December 12, 2006

Original Offense: Reckless Driving, in violation of 16 G.C.A §9107 and 18 U.S.C. §7(3) and 13.

Original Sentence: Seven days imprisonment (suspended), with credit for time served (one day), followed by a one year term of probation with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of placement on probation and at least two periodic tests thereafter; comply with the standard conditions of supervision; refrain from drinking alcohol and submit up to eight alcohol tests per month; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether she has reverted to the use of alcohol; perform 50 hours of community service; not leave Guam without approval of the Court or U.S. Probation Officer; report to the U.S. Probation Office within 48 hours of sentencing for intake and processing; failing to follow all of her conditions of probation will result in a hearing to revoke probation; notify the Court of any material change in her economic circumstances that might affect her ability to pay restitution, fines, or special assessment; pay a $10 special assessment fee; and pay a $100 fine.

Type of Supervision: Probation   Date Supervision Commenced: December 12, 2006

### NONCOMPLIANCE SUMMARY

Violation Number | Nature of Noncompliance

1. Failure to report to the U.S. Probation Office within 48 hours of sentencing for intake and processing.

On December 12, 2006, Tomasa Frangko Neely was sentenced and ordered to report to the U.S. Probation Office within 48 hours of sentencing for intake and processing. However, Ms. Neely failed to report as ordered. On December 27, 2006, this Officer met her for intake processing. Ms. Neely apologized for failing to report as ordered. She stated that after her sentencing hearing, she immediately made arrangements to pay her special assessment fee and fine and reported back to work.

Ms. Neely tested negative on a drug and alcohol test conducted on December 27, 2006. She has been referred to the Partnership of Melendez and Benavente for a substance abuse intake assessment. In addition, she has been referred to the National Park Service to perform her community service requirement, which is set to begin on January 7, 2007. Ms. Neely paid her special assessment fee and fine obligations in full on December 12, 2006.

This report is submitted for the Court's information only, and no action is requested at this time. Ms. Neely has been warned that sanctions will result from any additional violations. Her compliance will be closely monitored, and any subsequent violations will be reported to the Court accordingly.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 1/12/07

Respectfully submitted,

By:

JOHN W. SAN NICOLAS II
U.S. Probation Officer
Date: 12 January 2007

## THE COURT ORDERS

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision.

☐ Submit a Request for Warrant or Summons.

☒ No Action.

☐ Other.

RECEIVED
JAN 17 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam

January 18, 2007
Date