| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|



**TOMASA F. NEELY**
USDC MJ Cs. No. 06-00026-001
SS# XXX-XX-0050
DOB: XX-XX-1958
HT: 5 ft 4 in
WT: 175 lbs

DATE: June 13, 2007

YOU ARE AUTHORIZED TO TRAVEL TO: **Honolulu, Hawaii**

FROM **July 14, 2007** AND RETURNING **July 29, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit sister and vacation with daughter.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of probation while in Honolulu, Hawaii;**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

3. **You shall call your probation officer if you change accommodation/location; and**

4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME  N/A
ADDRESS

[X] APPROVED  [ ] DISAPPROVED



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Jul 12, 2007**

Case 1:06-mj-00026   Document 18   Filed 07/12/2007   Page 1 of 1