PROB 34
(3/07)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

UNITED STATES OF AMERICA

v.

TOMASA F. NEELY

} MAGISTRATE CASE NO. 06-00026-001

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **December 11, 2007**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:     AUSA
        Defense Counsel
        File

## *ORDER OF COURT*

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

 **/s/ Joaquin V.E. Manibusan, Jr.**
        **U.S. Magistrate Judge**
**Dated: Feb 07, 2008**